Opinion issued August 19, 2010

 



In The

Court of
Appeals

For The

First District
of Texas

————————————

NO. 01-10-00535-CR

———————————

Jason T. Pegues, Appellant

V.

The State of
Texas, Appellee



 



 

On Appeal from the 240th District Court 

Fort Bend County, Texas



Trial Court Case No. 26185



 

MEMORANDUM OPINION

          Appellant,
Jason T. Pegues, has filed a document in which he request that this Court to dismiss
the above-referenced appeal.  We construe
the document as a motion to dismiss his appeal of trial court cause number
26185. The document is signed by appellant Pegues.  See Tex. R. App. P. 42.2(a).

            We have not yet issued a decision. 
Accordingly, the motion is granted and the appeal is dismissed.

          The Clerk of this Court is directed to
issue the mandate within 5 days.

PER CURIAM

Panel
consists of Justices Keyes, Hanks, and Higley.

Do
not publish.   Tex. R. App. P. 47.2(b).